# US District Court
## of Massachusetts (Boston)

Emmanuel Evariste
(Plaintiff)

v.

Commonwealth et AL
(Defendants)

No. 19-10671-NMG

2020 DEC 30 AM 10: 17
U.S. DISTRICT COURT
DISTRICT OF MASS.
FILED IN CLERKS OFFICE

## Notice of Change of Address

Plaintiff has relocated. Plaintiff Evariste is no longer in custody. Plaintiff now reside at 2871 Oakwilde Ct, Snellville, GA 30039

## Certificate of Service

I, Emmanuel Evariste certify that under penalty of perjury, a copy of this filing was served on opposing party on 12-22-20 by certify mail at BCSO, 400 Faunce Corner Rd, North Dartmouth, MA 02747

Respectfully Submitted

Emmanuel Evariste
12-22-20